COMPOSITE EXHIBIT "C"

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

SOM N. TIMSINA, an Individual, )
BHAKTI R. ADHIKARI, an Individual, )
CENTRAL MARKET WINOOSKI, LLC, a )
Vermont Limited Liability Company, )
                                   )
    Plaintiffs,                    )   NO. 2:17-cv-126
                                   )
v.                                 )
                                   )
UNITED STATES OF AMERICA,          )
                                   )
    Defendant.                     )

## AFFIDAVIT OF SNAP HOUSEHOLD

My name is AMINA ALI, and I am/was a Supplemental Nutrition Assistance Program participant who shopped at Central Market in Winooski, Vermont between July and December 2015. Under penalty of perjury, I make the following statements about my time shopping at Central Market.

1. My current address and telephone number are: 87 Elm Street #54 Winooski VT 05404  802-825-9956

2. I am from Somalia.

3. I would shop at Central Market because they had good customer service and they had a good inventory. I would buy rice, bananas (green), sweet potatoes, fish, chicken, flour and other items. I would also buy spices and oils. I bought most of my groceries from Central Market.

4. I did not shop at Walmart or Price Chopper very often because Central Market was much closer to my house. I would walk to the store for exercise and it would be faster than going to the other stores. In 2015 I would walk to the store. If I bought heavy things, then someone from the store would drive me home so that I wouldn't have to carry it to my home. The bigger stores wouldn't do this for me, and they were too far to get to.

5. I would shop at Central Market instead of Kamana Grocery in 2015 because Central Market was more convenient and they knew me at the store and were very nice.

6. I did/did not shop at
    a. Himalayan Food Market: I rarely shopped at this store. If there was something small at the store I might go there sometimes, but I liked to go to Central Market more often.
    b. Thai Phat Market: I only went to this store one time, but I didn't like it so I never went back.
    c. Nepali Dumpling House: I've never been to this store.

7. I would shop at the store usually every week on Fridays, but I would come in other times as I needed them. Central Market would bring in fresh fruit and other fresh foods every Friday, so it was the best time to shop.

8. I would usually spend more than $100.00 at the store when I needed things.

9. I have eleven (11) people in my household. I have seven children in my household. I shopped for all of the people that live in my household.

10. Sometimes if I forgot something I would go back to the store the same day or the next day. Central Market has a good reputation in the community.

PURSUANT TO UNITED STATES CODE 28 USC §1746, I DECLARE AND CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING AFFIDAVIT IS TRUE AND CORRECT.
Executed on  10 / 16 / 18

AMINA ALI

[Declarant]

2

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

SOM N. TIMSINA, an Individual, )
BHAKTI R. ADHIKARI, an Individual, )
CENTRAL MARKET WINOOSKI, LLC, a )
Vermont Limited Liability Company, )
)
    Plaintiffs, )   NO. 2:17-cv-126
v. )
)
UNITED STATES OF AMERICA, )
)
    Defendant. )

## AFFIDAVIT OF SNAP HOUSEHOLD

I, AYINGENEYE HYACINTHE, am/was a Supplemental Nutrition Assistance Program participant who shopped at Central Market in Winooski, Vermont between July and December 2015. Under penalty of perjury, I make the following statements about my time shopping at Central Market.

1. My current address and telephone number are: *1026 Pine Island Rd, Colchester, VT 05664, 802-829-7371* [handwritten]

2. I would buy two to five boxes of bananas every two or three weeks. I would cook them over time and when I ran out, I would come back. I would also buy bread, tomatoes, rice, and fresh vegetables and fruits as well.

3. I would shop at Walmart and Price Chopper sometimes for other items. However, Central Market was closer to my house so I would go shop there when it was convenient. The food at the stores are different, so I would buy things from Central Market that Walmart didn't have.

4. I have a big family so every three days I would have to go shopping. I would spend sometimes hundreds of dollars a week in groceries. I did not receive enough EBT benefits to satisfy all of my needs every month, so I would have to buy. with cash. HA

5. My family has seven people in it and I shopped for groceries for my entire household.

6. ~~I would shop at Central Market instead of larger stores because:~~   HA

7. I used to shop at Central Market more often than Kamana because Central Market had a lot more foods and they knew what I needed. Central Market had really good customer service and they would help to carry the items out to car.

8. I did/did not shop at
    a. Himalayan Food Market: I never shopped at this store.
    b. Thai Phat Market: I never shopped at this store.
    c. Nepali Dumpling House: I never shopped at this store.

9. I have my own car and I would shop at the store with my car.

10. I would usually shop at Central Market about once a week. I would spend sometimes $135 dollars just for bananas. Sometimes I would spend as much as $200.00 at the store.

PURSUANT TO UNITED STATES CODE 28 USC §1746, I DECLARE AND CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING AFFIDAVIT IS TRUE AND CORRECT.

Executed on ___10___ / _16_ / _18_

*Hyacinthe Ayingeneye*
AYINGENEYE HYACINTHE

2

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

SOM N. TIMSINA, an Individual, )
BHAKTI R. ADHIKARI, an Individual, )
CENTRAL MARKET WINOOSKI, LLC, a )
Vermont Limited Liability Company, )
)
    Plaintiffs, )   NO. 2:17-cv-126
v. )
)
UNITED STATES OF AMERICA, )
)
    Defendant. )

**AFFIDAVIT OF SNAP HOUSEHOLD**

I, Paulette Johnson, am/was a Supplemental Nutrition Assistance Program participant who shopped at Central Market in Winooski, Vermont between July and December 2015. Under penalty of perjury, I make the following statements about my time shopping at Central Market.

1. My current address and telephone number are:

2. I am from Haiti originally.

3. I started to shopping in 2015 at Central Market because I was looking for a phone card and I went in to see the store. I walked in and I saw all the food and thought they may have things I'd like. Central market had mango from my home country and beans that I couldn't find at other stores.

4. I made special trips to the store because they have rice, fruits and vegetables that I cannot find at other stores. When I find something I like I shop at that store to make sure that I can always have access to it.

5. I sometimes shop at the bigger stores, but I am a vegan so I am always looking for the best food that I can find. Because Central Market had items that stores like Walmart didn't have, I would make regular purchases at Central Market.

6. I usually shop by myself at the store. I use the carts when I am in the store, but I use my car to transport the food back to my house.

7. I have never heard of Kamana grocery. Central Market has many of the food items that I buy that are imported so I don't shop at the other local stores.

8. I live in St. Albans – it is far from the store.

9. I did/did not shop at

    a. Himalayan Food Market: I have never shopped at this store.

    b. Thai Phat Market: I have never shopped at this store.

    c. Nepali Dumpling House: I have never shopped at this store.

10. I would shop at the store about 2-3 times a week. Anytime I needed mangos or other food items that they carried, I would come by all the time. I used to spend about $75 to $80 per week regularly. But sometimes I would spend more than $100.00 because of the rice and some of the items.

11. I also liked to shop at Central Market because they were fast and convenient. It was easy for me to pick out items and purchase them because I am usually in a hurry.

**PURSUANT TO UNITED STATES CODE 28 USC §1746, I DECLARE AND CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING AFFIDAVIT IS TRUE AND CORRECT.**

Executed on __10 / 16 / 18__

_____ *Paulette Johnson* (signature)
Paulette Johnson

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

SOM N. TIMSINA, an Individual,           )
BHAKTI R. ADHIKARI, an Individual,       )
CENTRAL MARKET WINOOSKI, LLC, a          )
Vermont Limited Liability Company,       )
                                         )
        Plaintiffs,                      )   NO. 2:17-cv-126
v.                                       )
                                         )
UNITED STATES OF AMERICA,                )
                                         )
        Defendant.                       )

## AFFIDAVIT OF SNAP HOUSEHOLD

I, PRADHAN DHAN, am/was a Supplemental Nutrition Assistance Program participant who shopped at Central Market in Winooski, Vermont between July and December 2015. Under penalty of perjury, I make the following statements about my time shopping at Central Market.

1. My current address and telephone number are: 87 Elm Street #42 Winooski VT 05404  802-343-3498

2. I would shop at Central Market regularly during 2015 because they carried everything and because they speak Nepali.

3. I would shop at the store sometimes two or three times a day, other times just once a day or four times a week.

4. I would shop that often at the store because it was so close to my house, so sometimes when I put the oil in the pot there was no chili so I would walk back to the store to get more. So that would make there be more trips more often.

5. I didn't shop at larger stores like Price Chopper or Walmart regularly because their selection was not the same. There are so many more types of rice at Central Market,

1

and there is so much more Nepali food at Central market than there was at the other stores

6. I bought meat, fish and produce. There was everything for cooking the items like vegetables, lentils salt.

7. The prices were good at Central Market so I went there. They were also the first Nepali grocery store in the town, so I started going there because they were the first ones.

8. I compared the prices between that store and the other Nepali stores, the prices at Central Market were much lower than at the other stores.

9. I would shop at Kamana only if it was convenient in my route home or in my errands. Central Market was already well known and it had good customer service, so I didn't go to Kamana as often. Central Market would provide their truck to help us move our things from one house to another house, so their customer service and their assistance in the community was well known.

10. Sometimes Central Market would provide me with free vegetables or other items which I would normally have to purchase.

11. I did/did not shop at

    a. Himalayan Food Market: It was there in 2015, but it was very far away from us. If we happened to be near the store, we might stop by, but it was too far for it to be our regular store.

    b. Thai Phat Market: Sometimes once a month or two I would shop at that store, but it is far away too and the prices were more expensive at this store than they were at Central Market.

    c. Nepali Dumpling House: I was not aware that this store existed.

2

12. I purchased the following items from Central Market in 2015:

    a. Fruits and vegetables, Fish, Meat, Rice, Flour, Cooking oils, salt and peppers.

    b. I shopped for most of my food needs at Central Market. It's not that I didn't go to other stores sometimes, but that's where I went most of the time.

13. I have my own car and have had one since 2015.

14. I had twelve (12) people living with me in 2015 and I would buy groceries for everyone in the household.

15. I would make large purchases from about $100.00 to $300. Sometimes, if we had to buy everything at once, it would be more than $300.00 total. Between the 2nd to the 4th of the month I would make a large grocery trip, and that's when I would spend most of my money.

16. With large purchases or big items like bags of rice, I would tell the clerk what I wanted and they would go in the back and bring it out to my car. They did this for many of the larger items.

17. Central Market helped us a lot by giving us free things. They would have deals where I could buy some items and get other items free.

PURSUANT TO UNITED STATES CODE 28 USC §1746, I DECLARE AND CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING AFFIDAVIT IS TRUE AND CORRECT.
Executed on  10 / 16 / 2018

_____
PRADHAN DHAN

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

SOM N. TIMSINA, an Individual,            )
BHAKTI R. ADHIKARI, an Individual,        )
CENTRAL MARKET WINOOSKI, LLC, a           )
Vermont Limited Liability Company,        )
                                          )
        Plaintiffs,                       )   NO. 2:17-cv-126
v.                                        )
                                          )
                                          )
UNITED STATES OF AMERICA,                 )
                                          )
        Defendant.                        )

### AFFIDAVIT OF SNAP HOUSEHOLD

I, SOSTHENE NIBIGIRA, am/was a Supplemental Nutrition Assistance Program participant who shopped at Central Market in Winooski, Vermont between July and December 2015. Under penalty of perjury, I make the following statements about my time shopping at Central Market.

1. My current address and telephone number are: *475 Northgate Rd Burlington VT 05408    802-5033185*

2. I am from Burundi in Africa.

3. I would shop at Central Market in 2015 because they have many things that I buy like cassava, bananas, fish, meat, fruit, anchovies, rice, beans, tomatoes. I did most of my shopping at that store in 2015.

4. I would shop at Central Market instead of the bigger stores because they had some of the meat that Walmart and the bigger stores didn't have and because I lived near Central Market. It wouldn't take me as long to walk to the store, and they carried things at the store that I could not find at places like Walmart or Price Chopper.

1

5. I would shop at Central Market instead of Kamana Grocery because it wasn't convenient to my house or my schedule. I also liked Central Market's customer service.

6. I did/did not shop at
   a. <u>Himalayan Food Market</u>: I did not shop at that store because I was going to Central Market. There wasn't a reason for me to go to Himalayan Food Market.
   b. <u>Thai Phat Market</u>: I never shopped at this store either because I was already shopping at Central Market. Everything I needed was at Central Market. Also, the prices at Tai Phat were higher than Central Market.
   c. <u>Nepali Dumpling House</u>: I never shopped at this store either.

7. I bought most of my groceries from Central Market in 2015. I would go to the store around 3 times per month because I would buy a lot of food to keep at home and make food. I would sometimes spend $100 to $200 per trip.

8. I drove my car to the store in 2015.

9. When I was shopping in the store, I would usually use a shopping cart. But when I would buy a whole boxes of things they would help me carry stuff out to my car. I would buy 2-3 boxes of cassava (yuka) and 2-3 boxes of Hawaiin plantains at a time.

10. I would sometimes shop twice within a day or so because my mother would ask me if I saw items that she wanted. When I would get back from the store, she would ask me to go back and buy things for her. Usually though, I would only shop a few times a month.

11. In 2015, I had six people in my house. Now we have seven, but at the time we had six people. I would buy groceries for everyone in my household.

12. Central Market always had the items that I liked that no one else had. So I kept shopping at the store because it had everything that I needed.

PURSUANT TO UNITED STATES CODE 28 USC §1746, I DECLARE AND CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING AFFIDAVIT IS TRUE AND CORRECT.

Executed on 10 / 16 / 18

_____
SOSTHENE NIBIGIRA