EXHIBIT "D"

# In The Matter Of:

*CIBAO MARKET and JUAN CRISOSTOMO v.*
*UNITED STATES OF AMERICA*

*GILDA TORRES*
*November 14, 2018*

*Cindy Afanador*

COURT REPORTING, INC.

CONFERENCE SUITES
MANHATTAN —BRONX —BROOKLYN -QUEENS
GARDEN CITY —MELVILLE —HAUPPAUGE -RIVERHEAD

HTTP://WWW.CINDYCOURTREPORTING.COM
**1-877-337-6968**

*Original File FINAL NOVEMBER 14 2018 GILDA TORRES_1.txt*
*Min-U-Script®*