EXHIBIT "E"



Rev 8/24/2017

Page 12

US_1066

00000045



Rev 8/24/2017

Page 13

US_1067

00000046