EXHIBIT "F"



00000001



00000009