EXHIBIT "H"



00000011