EXHIBIT "I"



CONFIDENTIAL - SUBJECT TO ORDER