EXHIBIT "J"

| Item | Price |
|---|---|
| Hawai Plantain | $45.00 |
| Yellow Plantain | $42.00 |
| Farallon, shrimp, 5Lbs | $31.99 |
| GP, beef meatball, 4.25Lbs | $28.00 |
| Champmar, white shrimp, 4Lbs | $27.99 |
| Green Banana | $26.00 |
| Vanonis, shrimp, 4Lbs | $24.99 |
| Rulo Banana | $24.99 |
| Kings Regal Paraboiled Basmati Rice; Green Banana Box | $21.00 |
| Sela Basmati Rice, 20 lbs; Coconut box; and Rubicon Mango box. | $20.00 |
| SAF, Hilsa, 2Lbs | $19.99 |
| Curry Leaf | $18.00 |
| Sambal Oelek, Grounded Fresh Chili Paste, 136oz | $17.99 |
| Parboiled Armatic Khatribhog rice - 20 lbs; Tomato Box, 25 lbs. | $17.00 |
| Classic, Goat meat, 3Lbs | $15.99 |
| Haiti Mango Box, Paan Leaf | $15.00 |
| Kinanzi, Nguvu Fine cassava flour Human food, 2Kg, Blooming Improting, Healthy Foods, 2Lbs IMEI, Egg roll, 21.16oz Western, goat cubes, 32.2oz | $14.99 |
| oldman que huong, rice stick, 2lb | $13.00 |
| ITC Enduring Value, Aashirvaad Shudh chakki atta, 22Lbs | $12.99 |
| Sujata, Chakki Atta, 20Lbs | $12.99 |
| Sujata, Gold Atta, 20Lbs | $12.99 |
| Shad, Kalizira aromatic rice, 10 Lbs | $12.99 |
| Dum drums, original pops 61oz | $12.99 |
| Rama food, stick noodle 10lb | $12.99 |
| Sour Soup | $12.99 |
| Kimbo, Pork Sung, 1Lb 2oz | $12.49 |
| Kimbo, Pork, Fu, 1Lb 2oz | $12.49 |
| Nanak, rasmalai, 35.3oz | $11.99 |
| Ankorwat, Featherback fish, 2Lbs | $11.99 |
| Dehradun Basmati Rice, 10 lbs, Mango Footi Box | $11.00 |
| Aroy-D Coconut jelly,15.5oz | $10.99 |
| Lee Kum Kee Kong, Chicken Bouillon Powder, 35oz | $10.59 |
| Knorr, chicken flavored broth mix, 35.2oz | $10.59 |
| Totole, Granulated chicken flavor soup base mix, 2.2Lbs | $10.59 |
| Tortilla, uncooked bread, 83oz | $10.59 |
| Dragon, Jelly Powder, 12packets | $9.99 |
| Kawan, Paratha, 70.5oz | $9.99 |
| ITC Enduring Value, Aashirvaad atta with multigrains, 11Lbs | $8.99 |
| Sujata, Chakki Atta, 10Lbs | $8.99 |
| Dashi Interntional, Chicken Powder, 1.5kg | $8.99 |

| Item | Price |
|---|---|
| AF,Hilsa, 1200g | $8.99 |
| Po Lo Ku, Mushroom Seasoning, 17.63oz | $8.50 |
| Japan Distribution Center, Mushroom Seasoning, 17.63oz | $8.50 |
| Siam, Black Mushroom in brine, 20oz | $7.99 |
| Castania, supper extra nuts cholesterol free 16 oz | $7.99 |
| Cadbury, bourn vita 500 g | $7.99 |
| Viet my, Pork skin, 7oz | $7.99 |
| Sun Delight, Pitted Dates 24oz | |
| Safa, Baklava delicious, 14.1oz | |
| Swad, Chaat wala pani puri Kit, 9.89oz | |
| Chang wang brand , cashew nuts cracker 10.5oz | |
| Nestle, coffee mate 11oz | |
| 2000 Generation Zomi, Palm oil, 900ml | $6.99 |
| Huy Fong Foods Inc., Sriracha Hot Chili Sauce, 28oz | |
| Drustick Leaf | |
| Red Thai Chilli | |
| | |
| Munchys, funmix 24.69 oz | $6.59 |
| Peacock, cassava cake, 35oz, Peacock, babana cake, 20oz | $6.50 |
| chef hon, fried twist crullers, 8oz | $6.25 |
| Vegetarians Cake Rusk, 25oz | |
| KCB, Crown Brand Ckae Rusk, 25oz | |
| Sohan Holwa traditional sweet Candy 70oz | |
| Halal Sultan Maamoul date filled cookies, 42oz | |
| Pulse Candy Kachachaaam, 3.5oz | |
| Sujata, Chakki Atta, 4Lbs | |
| Enriched Red Plum Brand Sweet rice, 5Lbs | |
| Swad, Masala Banana Chips, 2Lbs | |
| Halwani Bros, Jeaeo maamoul, 16.9oz | |
| IMEI, I-Mei Mini egg roll sesame, 4.02oz | |
| IMEI, Choco Roll Strawberry. 9.63oz | |
| IMEI, Choco Roll Green Tea. 9.63oz | |
| IMEI, Choco Roll Taro, 9.63oz | |
| Ziyad, Falafil Mix, 12oz | |
| britannia, Bourbon choco kreme biscuits 27.5oz | |
| Flying Horse, Dried Red Onion, 16oz | |
| Peacock brand, Fried Garlic, 12.35oz | $5.99 |
| Quoviet, Chay Cot Pho Bo Vegetarian Hue Style Soup base, 10oz | |
| Quoviet, Cot Pho Bo Vegetarian Hue Style Soup base, 10oz | |
| Quoviet, Cot Pho Bo, Wanton Soup base, 10oz | |
| Quoviet, Cot Pho Bo, Curry soup base, 10oz | |
| Quoviet, Beef Stew Seasoing Gia Vi Bo Kho, 10oz | |
| Quoviet, Tamarind soup base, 10oz | |
| Quoviet, Vegetarian Hu Tieu Soup base, 10oz | |
| Quoviet, Pork flavored Hu tueu soup base, 10oz | |
| Totole, Granulated chicken flavor soup base mix, 1Lb | |
| Walong Market inc., Barbaque Sauce, 26oz | |
| Chang wang brand , pineapple biscuit  10.5oz | |
| Wafer stick, pandan flavor 33.5oz | |
| Wafer stick, strawberry flavors 33.5 oz | |
| Wafer stick, chocolate  flavor 33.5oz | |
| Jin Jin, jelly strip 35.26oz | |
| Swad, dodha barfi, 14.10oz | $5.59 |

| | |
|---|---|
| Swad, batawada, 12.7oz | $5.59 |
| Swad, Milk cake, 14.10oz | $5.59 |
| Four oclock, Pineabpple unda, 300g | $5.59 |
| Asian boy, chop chilli, 14oz | $5.59 |
| Swad, Peppers Banana Chips, 2Lbs | $5.09 |
| KCB, PUnjabi Vegetarian Biscuit, 25oz, KCB, Badam and coconut Biscuit,25oz<br>Crispy Just baked twi food inc, punjabi cookies biscuits 800g<br>KCB, Kalonji Biscuits, 30oz<br>Crispy just baked twi food inc, cake Rusk 1lb 6.9oz<br>KCB, No sugar added punjabi biscuit, 25oz<br>Britannia, Milk Rusk Biscotte AU Lait, 10.9oz<br>Britannia, Black Seed rusk, 13.2oz<br>Cocoland, Lot 100, Mango Gummy Candy, 17.6oz<br>Lotte, Choco Pie, 11.85 oz<br>MTR, Gulab Jamun, 35.7oz<br>Bikano, Gulab Janun, 35.7oz<br>Bikano, Rasogolla, 35.7oz<br>Bhavani, Rajgira Laddu, 3.5oz<br>Britannia, milk rusk biscotte au lait 10.9oz<br>Britannia, black seed rusk 13.2oz<br>Viet choice, vacuum fried lotus seed 3.5 oz<br>Mae Ploy, Red Curry Paste, 2lb 30z<br>Hanasia, Seasoned Soybean Paste, 17.6oz<br>Hanasia Pepper paste, 17.6oz<br>Hanasia , Korean Soybean Paste, 17.6oz<br>Chang wang brand , durian crackers  8.8oz<br>Kcb, danish butter coockies 11.99oz<br>Saffola, masala oats peppy  tomatoe 1.37 oz<br>Ankorwat, Riverbarb, 500g<br>Pineapple, Goat fish, 1Lb<br>Dragonwagon, Beef meat ball, 13oz<br>Kimbo, pork meat ball, 10oz<br>Green Chilli | $4.99 |
| Rasilo, Candy, 13.5oz, Swad, ladoo, 14.10oz<br>Swad, Kaju roll, 14,10oz<br>IMEI, Honey cake, 14.11oz<br>Parbal | $4.50 |
| Saras, Sterilized Fish Curry gravy mix, 14.1oz, "Swad, paneer, 400g " | $4.49 |

Biscuit,12oz  
KCB, badam Khatie,12oz  
KCB, Elaichi Khatie No egges added,12oz  
Britannia, Wheat Rusk Biscotte Suji toast, 8.3oz  
Korinohana, Premiuom coconut candy 8.8oz  
Guangdong hongyuan foods co. LTD, Guava candy, 12.30oz  
Best taste, 100% natural ginger candy,4.4oz  
Saras, Sterilized Biriyani gravy mix, 14.1oz  
MTR, Paneer Tikka masala, 10.58oz  
Britannia, nutrichoice biscuit 8.8oz  
Silang, good vits natural oat crackers 13.3 oz  
Cocoaland, lot 100 mango gummy candy 5.3 oz  
Cocoaland, lot 100 lychee gummy candy 5.3 oz  
Flying Horse, Dried Red Onion, 7oz  
Kee Wee Hupo Kee food Golden Chick 2oz  
Hanasia, Korean Bbq Sauce, 17oz  
Trong Food Internaional, Madras Curry Powder, 16oz    $3.99  
Euro, euro cake strawberry 5.08oz  
Banh quai cheo, plait biscuit 10 oz  
Banh quai cheo, plait biscuit 10.6 oz  
Chang wang, banana chips with butter 12.5oz  
Lee Kum kee, concentrated chicken bouillon 9.6 oz  
Nina International, Palm Oil, 16fl oz  
Huy Fong Foods Inc., Sriracha Hot Chili Sauce, 17oz  
Huy Fong Food Inc., Chili Garlic Sauce, 18oz.  
Sambal Oelek, Grounded fresh Chili paste, 18oz.  
Nanak, aloo tikki, 25.4oz  
Champ, pork meat loaf, 14oz  
Pategan, lever pate,15oz  
SAF, Puja Nut, 500g  
Mother dairy, paneer, 340g  
SFF, chop spanish, 3Lbs

| Item | Price |
|---|---|
| Spicy Boondi Mix chips, 300g | |
| Peekay International Inc, Mumbai Mix Chanachur, 14oz | |
| Nilamels, Banana cut chips, 7oz | |
| britannia, Bourbon choco kreme biscuits 13.7oz | |
| Haldriams, kaju mixture 400g | |
| Haldirams, khatta meetha 400g | |
| Haldirams, dal biji 400g | |
| Haldirams, hara chiwda 400g | |
| Bikano, bikaneri bhujia 350 g | |
| Haldirams, boondi 400g | |
| Himalayan delight, spicy green vatana 14oz | |
| Himalayan delight, spicy soyabean snack 14oz | |
| Surati, chanadal ready to eat snack 12oz | |
| Shalini, madras masala mix 21oz | |
| Nilamels, banana chips 14oz | |
| Nilamels, banana chips spicy 14oz | $3.79 |
| Pashupati, mixed fried beaten 13oz | |
| Shad, oil fry muri 400g | |
| Swad, Spicy Punjabi mix, 10oz | |
| Swad, Pepper Banana Chips, 10 oz | |
| Swad, Bhavnagri Gathiya, 10oz | |
| Swad, Bhel Mix, 10oz | |
| Swad, Farali Chivda Sweet, 10oz | |
| Haldiram's, Bhelipuri, 14.12oz | |
| Haldiram's, Chana Jor Garam Spicy Chckpeas, 14.12oz | |
| Shalini, Khakhara, 6.3oz | |
| Shri Mahila Griha Udyog Lijjat Papad, Urad with black pepper, 200g | |
| Nilamels, Mixture, 14oz | |
| Nilamels, X'Tra Hot Mixture, 14oz | |
| New Hoque and Sons, Chandni Chanachur, 14oz | |
| Himalayan Delight, Spicy Crunchy Nuts, 14oz | |
| Shad, Bombay Mixture | |
| Ziyad, White Kidney Beans, 15.5oz | $3.59 |
| Sinbo brand, beancurd flav peanut 12.6 oz | $3.59 |
| Prince of peace, ginger chews 4.4oz | $3.50 |
| Britannia, Marie gold 8.8oz | $3.50 |
| Hanasia, Korean roasted seaweed 5g | $3.50 |
| SunNoi, MangoSteen, 21oz | $3.50 |
| Promognate | $3.50 |
| Pole Beans | $3.50 |
| New B.C.N, COconut candy, 4.23oz | $3.49 |
| Water Coconut Geeen | $3.49 |
| Goya, Red Kindey Beans, 15.5oz | $3.29 |

| | |
|---|---|
| KCB, Karachi Biscuit, 7oz | |
| KCB, cake pieces,6oz | |
| KCB, Coconut Biscuit, 7oz | |
| Britannia, Good Day Cashew Cookies 8.2oz | |
| SNFood, Double Happiness Creamy Soni, 4.69oz | |
| SNFood, Double Happiness Cheese Cream, 4.69oz | |
| Britannia, Milk Rusk Biscotte AU Lait, 7.30oz | |
| Vitico, Banh Hoa Dua, 150g | |
| Britannia Sugar free digestive biscuit, 7.05oz | |
| ITC Enduring Value, Aashirvaad shudh chakki aata 2.2Lbs | |
| Gits, Gulab Jamun, 3.5oz | |
| Swad, Dal Muth, 10oz | |
| Kcb, premium super, egg & milk cookies 3.97 oz | |
| Maliban, custard cream sandwiche biscuits 7oz | |
| Chocolate  cream sandwiche biscuit 7oz | |
| Maliban, ginger nut with natural ginger 5.6oz | $2.99 |
| Munchys, vege crackers Kramer sayuran 13.75oz | |
| KCB, crunchy tea rusks 7.1oz | |
| KCB, bakar khani 10oz | |
| Britannia, Marie gold 5.3oz | |
| Karachi bakery, fruit biscuits 14oz | |
| Parle, parle-G  original Gluco biscuits 28.05 oz | |
| Britannia, krunch chocochip cookies 8.5oz | |
| Britannia, chocolate chips coockes 4.41oz | |
| Lee, cream crackers 11.99oz | |
| Swad, chaat wala bhel puri 4.6 oz | |
| Pooping candy 3D puzzle 36 g | |
| Banoful, fried peas, 30g | |
| Swad, phool makhana 3.5 oz | |
| Swad, poha thick flattened rice 2 lbs | |
| Swad, poha thin flattened rice 3 lbs | |
| Swad, hajikani poha roasted stamped rice 2 lbs | |
| Britannia, Good Day Butter Cookies 8.2oz | $2.90 |
| Tai tai, dau phong say rau cu 115g | $2.90 |
| Swad, poha dagdi flattended rice 2lbs | $2.79 |
| Flying horse, galanga, 6oz | $2.79 |
| MMRF, sambar mix, 154g | $2.69 |
| Golden Crop, Roasted Sunflowers seeds, 8oz | $2.59 |
| Gharana Food, salted Namak Para, 7oz | $2.59 |
| Gharana Food, Jalapeno Chakri, 6oz | $2.59 |
| Gharana Food, Chakri, 6oz | $2.59 |
| Britannia, Sugar free biscuits 7.05oz | $2.59 |
| Britannia, Sugar free biscuits 12.34oz | $2.59 |
| Banh men bi, coconut cracker 9.5oz | $2.59 |
| Koh-kae, peanuts nori wasabi flavour coated 8.47oz | $2.59 |
| Koh-kae, peanuts mala 6.35oz | $2.59 |
| Swad, Crispy Fried onion, 12oz | $2.59 |
| Poi Leaf | $2.59 |
| Chinese Okra | $2.59 |
| China shantou jinchuan food industrial, preserved prune 3.88oz | $2.50 |
| Kaew, crispy rolls jackfruit flav 150g | $2.50 |

| Item | Price |
|---|---|
| Kerala taste, kerala mixture spicy 400g | $2.50 |
| Deep, Bhatura, 13oz | $2.50 |
| Deep, paneer paratha, 13oz | $2.50 |
| Deep, alu paratha, 13oz | $2.50 |
| MMRF, Cut mango, 454g | $2.50 |
| Freshness choise, squid, 14oz | $2.50 |
| Peacock, crabs, 14oz | $2.50 |
| Parle, Rusk Milk Premium Rusk,19.26oz | $2.49 |
| Safa, Baklava delicious, 7.9oz | $2.49 |
| Swad, Santra Candy Orange Candy | $2.49 |
| GS, Pani Puri, 4oz | $2.49 |
| Follow me, let's go with me, 5.1oz | $2.49 |
| Parle, rusk milk premium rusk 19.26oz | $2.49 |
| Ovaltine, cookies galletas 5.3oz | $2.49 |
| Maliban, nice coconut biscuits 7 oz | $2.49 |
| Banoful, puffed rice 14.09 oz | $2.39 |
| MMRF, red onion, 454g | $2.39 |
| MMRF, Aviyal mix, 454g | $2.39 |
| Rainbow, sesame bite 5.29 oz | $2.29 |
| Banana Flower | $2.29 |
| Ambika Appalam deport, appalam papad, 225g | $2.25 |
| Tazza Unpried Pani puri, 3.5oz | $2.25 |

| Item | Price |
|---|---|
| G  original Gluco biscuits 13.20 oz | |
| Hajmola, regural n/a | |
| Hajmola , imli n/a | |
| Magic bites, Indian spicy mixture 200 g | |
| Cha qio to, cua, egg roll chip lumpia snack 6oz | |
| Nilamels, pappadam, 7oz | |
| Swan, Healty mix, 7oz | |
| Banh Phong Chay, Vegetrian Cracker, 7oz | |
| Masti he masti, rainbow, 14oz | |
| Shad,Far far tube 1", 7oz | |
| Masti he masti, rainbow, 7oz | |
| Himalayan Delight, Bhungra Spicy, 3.5oz | |
| Surati, Papdi Gathiya, 12oz | |
| Honglee Trading Incorparation, Turmeric Powder, 8oz | |
| Oishi, martys cracklin chicken flav 3.17oz | |
| Oishi, martys cracklin plain salted 3.17 oz | $1.99 |
| Lays, maxx macho chili 2.01oz | |
| Big one, Biggs corn snack 1.59 oz | |
| Century, penny Chinese chilly 55g | |
| Lays, Indian magic masala 1.8 oz | |
| Jack n jill, potato chips 2.12 oz | |
| Pepsico int, crispy snack 2.5oz | |
| Imei, taro cream wafers 17.64 oz | |
| Imei, coffee cream wafers 17.64 oz | |
| Garden, cream wafers 7 oz | |
| Imei, lemon cream wafers 17.64 oz | |
| Lays, American style  1.83 oz | |
| Manik, madhubhan misry masla 110g | |
| Saffola, masala oats  classic masala 1.37oz | |
| Masagana, whole casava, 1Lb | |
| Twin marquis, dumpling wrap, 14oz | |
| Twin marquia, wonton wrapper,n14oz | |
| Jack'n Jill, Maxx Honey lemon menthol candy, 7.05oz | $1.79 |
| Mimi's, Linden Flower, .5oz | $1.79 |
| Nnamdi, Thyme, 3oz | $1.79 |
| Caravelle,coconut, 2oz | $1.79 |
| Caravelle,Banana, 2oz | $1.79 |

| | |
|---|---|
| Wafers Chocolate Flavour, 7oz | |
| Garden, Cream Wafers Coconut flavour, 7oz | |
| Garden, Cream Wafers Peach Flavour, 7oz | |
| Garden, Cream Wafers Penut Flavour, 7oz | |
| Garden, Cream Wafers Vaniulla Flavour, 7oz | |
| Garden, Cream Wafers Lemon Flavour, 7oz | |
| Garden Cream Wafers Durian Flavour, 7oz | |
| IMEI, Sesame Cream Wafers, 7.05oz | |
| Garden, Cream Wafers Straberry flavour, 7oz | |
| IMEI Green tea cream wafers, 7.05oz | |
| IMEI Seaweed cookie, 4.06 oz | |
| IMEI, Puff Pastry, 2.82oz | |
| Raja chuna 3.5 oz | |
| Quocviet, Cot Pho Bo Beef flavored, 10oz | |
| Quocviet, Cot Pho Bo Checken flavored, 10oz | |
| Quocviet, Cot Pho Bo Pork Flavored, 10oz | $1.59 |
| Dragonfly, Seasoning mix for chicken, 8oz | |
| Quoviet, Crab Soup Base, 10oz | |
| Dragonfly, Satay Seasoning Mix, 8oz | |
| Dragonfly, Artificial Beef flavor broth mix, 8oz | |
| Dragonfly, Fish seasoning mix, 8oz | |
| Totole, Granulated Mushroom bouillon, 8oz | |
| Choakoh, Sugar Cane, 28oz | |
| Nongshim, shrimp crackers 2.6oz | |
| Hanami, prawn crackers 2.11 oz | |
| Imei, strawberry cream wafers 14.11 oz | |
| Fashion food co LTD, tomatoe flav crackes 1.27 oz | |
| Imei, vanilla cream wafers 17.64 oz | |
| Imei, chocolate wafers 17.64 oz | |
| Lucky K.T, rice noodle, 16oz | |
| Rama food, rice noodle, 16oz | |
| Avacado | |
| Ripe Mango | $1.50 |
| Japanese Yam | $1.50 |
| Chaokoh, coconut milk 165ml | $1.50 |
| Sanghai, Chocolate flavoured chream wafers, 3.15oz | $1.49 |
| Ziyad brand, tea biscuits 16.17oz | $1.49 |
| Edo | $1.49 |
| Super Select Cucumber | $1.39 |
| Green Papaya | $1.39 |
| Kabucha | $1.39 |
| Britannia, Marie gold 3.1oz | $1.29 |
| Apple Banana | $1.29 |
| Flat Cabbage | $1.29 |
| Napa Cabbage | $1.29 |
| BIg Mustard Green | $1.29 |
| Dicon with Leaf | $1.29 |
| Chayotte | $1.29 |
| Yuca | $1.29 |
| Malanga | $1.29 |
| Roma Tomato | $1.29 |

| | |
|---|---|
| Cici, jelly drink 5.3 oz | $1.29 |
| Oishi, ribbed cracklings salt & vinegar 3.53oz | $1.20 |
| Green Papaya | $1.20 |
| Sun voi, frozen banana leaf, 16oz | $1.00 |
| Lemon Yellow | $1.00 |
| Dicon with Leaf | $1.00 |
| Celentro | $1.00 |
| Tum-e yummies drink 300ml | $1.00 |
| Parle, parle-g gold biscuit 4.40oz | $0.99 |
| Jack n Jill piattos sour cream onion 3 oz | $0.99 |
| Century, kurmure 85g | $0.99 |
| SB, Dino park 13 g | $0.99 |
| Water Cres | $0.99 |
| Scalion | $0.99 |
| Bean Sprouts | $0.99 |
| Britannia, milk bikis 3.5oz | $0.89 |
| 12 Oz Can Soda | $0.89 |
| Water Bottle | $0.85 |
| Britannia , Punjabi cookies 1.48oz | $0.80 |
| Parle, krackjack 2.11oz | $0.79 |
| Parle , hide & seek 2.90 oz | $0.79 |
| Canada Cabbage | $0.79 |
| IFAD, wavy chips 30gm | $0.69 |
| Ripe Banana | $0.69 |
| Britannia, time pass 1.4oz, Britannia, good day cashew cookies  2.6 oz<br>Britannia, good day butter cookies  2.6 oz<br>Britannia, good day pista almond cookies 2.6 oz<br>Britannia , krunch chocochips cookies 2.5oz<br>Parle , hide & seek fab 3.94 oz<br>Britannia, 50-50 crackers 2.2 oz<br>Parle, kreams gold orange biscuit 2.35 oz<br>Parle, kreams gold elaichi biscuits 2.35 oz<br>Britannia, treat Jim jam 3.5oz<br>Parle, monaco classic 2.23oz | $0.49 |
| Lime Green | $0.33 |
| Lemon Grass | $0.33 |